JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Applicant,
Medical Incorporated Association Smile Create

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re Ex Parte Application of<br><br>MEDICAL INCORPORATED<br>ASSOCIATION SMILE CREATE,<br><br>Applicant. | Case No:<br><br>**DECLARATION OF YUICHI FUNAKOSHI IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 PERMITTING DISCOVERY FOR USE IN FOREIGN PROCEEDING** |

I, Yuichi Funakoshi, declare as follows:

1. I am an attorney duly licensed to practice law in Japan. I am a partner at Toda Sogo Law Office. Applicant, Medical Incorporated Association Smile Create ("MIASC"), a medical incorporated association organized and existing under the laws of Japan, retained me to initiate a civil lawsuit against those liable for defamation and unlawful business interference under Japanese law as soon as their identities have been ascertained through discovery.

2. I have personal knowledge of each matter stated herein.

3. I submit this declaration in support of MIASC's Ex Parte Application for Order Pursuant to 28 U.S.C. § 1782 (the "Application").

-Page 1 of 5-
**In re Ex Parte Application of Medical Incorporated Association Smile Create**
Declaration of Yuichi Funakoshi in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

4. "Jingumae Orthodontic Clinic" ("神宮前矯正歯科 (Jin-Gu-Mae-Kyosei-Shika)" in Japanese), an orthodontic clinic in Tokyo, Japan opened in November of 2001. MIASC has been operating this clinic since February of 2006. On August 2, 2021, a review described in Exhibit A attached hereto (the "Subject Review 1") was posted on the Google Map review page[1] concerning "Jingumae Orthodontic Clinic" through a Google Account whose display name was "東中志郎" (the "Subject Google Account 1")[2]. Exhibit A is a true and correct copy of the Subject Review 1 on the review page as of October 1, 2021. On September 17, 2021, another review described in Exhibit B attached hereto (the "Subject Review 2") was also posted on the Google Map review page[3] concerning "Jingumae Orthodontic Clinic" through a Google Account whose display name was "いしだ R" (the "Subject Google Account 2")[4]. Exhibit B is a true and correct copy of the Subject Review 2 on the review page as of September 17, 2021. The display name of the Subject Account 2, "いしだ R," has been changed to "R I" as of September 28, 2021. Furthermore, on October 6, 2021, a review described in Exhibit C attached hereto (the "Subject Review 3," the Subject Review 1, the Subject Review 2 and the Subject Review 3 are collectively referred to as the "Subject Reviews") was posted on the Google Map

---

[1] https://www.google.com/maps/contrib/104800513909350937377/reviews/@35.6712277,139.7073077,17z/data=!4m3!8m2!3m1!1e1?hl=ja-JP

[2] https://www.google.com/maps/contrib/104800513909350937377/place/ChIJryQVRKOMGGARfG-zuwD4kww/@35.6712277,139.7073077,17z/data=!4m6!1m5!8m4!1e1!2s104800513909350937377!3m1!1e1?hl=ja-JP

[3] https://www.google.com/maps/contrib/100481090804667624115/reviews/@35.6708078,139.7073352,17z/data=!3m1!4b1!4m3!8m2!3m1!1e1?hl=ja-JP

[4] https://www.google.com/maps/contrib/100481090804667624115/place/ChIJryQVRKOMGGARfG-zuwD4kww/@35.6708078,139.7051465,17z/data=!4m6!1m5!8m4!1e1!2s100481090804667624115!3m1!1e1?hl=ja-JP

review page[5] concerning "Jingumae Orthodontic Clinic" through a Google Account whose display name was "e com" (the "Subject Google Account 3," the Subject Google Account 1 the Subject Google Account 2 and the Subject Google Account 3 are collectively referred to as the "Subject Google Accounts")[6]. Exhibit C is a true and correct copy of the Subject Review 3 on the review page as of October 6, 2021. The Subject Reviews were posted with one-star or two-stars and offensive comments, such as that the director dentist or other dentists did not treat patients, made errors in or misjudged treatment, and did not provide enough explanation regarding the estimated cost, period and risk of the treatment, and that there are bad hygienists. Based on my investigation into this matter, which includes interviewing of MIASC personnel and reviewing of pertinent records, the offensive comments are false or defamatory, and the Subject Reviews constitute defamation and/or unlawful business interference under Japanese Civil Code Article 709[7][8].

5. Considering the facts above and based on my investigation into this matter, which includes interviewing of MIASC personnel and reviewing of pertinent records, the offensive comments are false or defamatory. It is my opinion as a Japanese lawyer that the Subject Reviews were posted for harassment purpose and constitutes defamation and unlawful business interference under Japanese Civil Code Article 709[9][10].

---

[5] https://www.google.com/maps/contrib/115341149795576799086/reviews/@35.6708078,139.7051465,16z/data=!4m3!8m2!3m1!1e1?hl=ja-JP

[6] https://www.google.com/maps/contrib/115341149795576799086/place/ChIJryQVRKOMGGARfG-zuwD4kww/@35.6708078,139.7051465,16z/data=!4m6!1m5!8m4!1e1!2s115341149795576799086!3m1!1e1?hl=ja-JP

[7] https://elaws.e-gov.go.jp/document?lawid=129AC0000000089

[8] http://www.japaneselawtranslation.go.jp/law/detail/?id=2057&vm=&re

[9] *Supra* note 7.

[10] *Supra* note 8.

-Page 3 of 5-
**In re Ex Parte Application of Medical Incorporated Association Smile Create**
Declaration of Yuichi Funakoshi in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

6. Therefore, MIASC intends to bring a lawsuit in Japan against the person(s) associated with the Subject Google Accounts as soon as the person(s)' identities have been ascertained through the discovery sought by the Application.

7. In order to identify the person(s) who committed unlawful acts against MIASC through the Subject Google Accounts, it is crucial for MIASC to obtain the information relevant thereto. In particular, the information relating to the Subject Google Accounts, as specified in the proposed subpoena concurrently filed with the Application, would be critical and highly relevant in identifying the perpetrators. Japanese law does not allow "John Doe defendant" in civil litigation, and a plaintiff must state names and physical addresses of the all parties in the complaint. Article 2 (1) of Rules of Civil Procedure (Rules of the Supreme Court of Japan No. 5 of 1996 ). *Id.* Therefore, without first obtaining the information about the Subject Google Accounts, Applicant may not even start a litigation. Obviously, access log when the Subject Reviews was posted and access log for each login are highly relevant and necessary, but some or all of them may be unavailable because records of older access are generally erased after a short period of time (usually 3 to 6 months), in which case subsequent access logs after the Subject Reviews were posted will become highly relevant and necessary for MIASC.

8. The Subject Google Accounts are maintained by Google[11], located in Mountain View, California[12]. Google is not a party to the anticipated Japanese lawsuit described above.

9. I am not aware of any restrictions imposed by or any policies under Japanese law limiting the proof-gathering proceeding in the manner proposed and for the purposes stated herein and in the Application.

10. Based on the above, the documents sought from Google are highly relevant to MIASC's anticipated Japanese lawsuit and are narrowly tailored and limited to the discovery

---

[11] https://about.google/intl/en/products/

[12] https://about.google/intl/en/locations/

-Page 4 of 5-
In re Ex Parte Application of Medical Incorporated Association Smile Create
Declaration of Yuichi Funakoshi in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

materials related to the Subject Google Accounts through which the identities of the defendants to the anticipated Japanese lawsuit could be ascertained and nothing further.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 21, 2021     By: _船越 雄一_
Yuichi Funakoshi

-Page 5 of 5-

**In re Ex Parte Application of Medical Incorporated Association Smile Create**
Declaration of Yuichi Funakoshi in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

# Exhibit A

東中志郎

投稿 1 件 ›

クチコミ | 写真

1 件のクチコミ

 神宮前矯正歯科
日本、〒150-0001 東京都渋谷区神宮前３丁目２…

★☆☆☆☆ 2 か月前

装置がついてから5年以上もかかりました。調整は大体1ヶ月半後しか取れなくて、毎回最後に説明はしてくれるのですが3年越えた時点でもう調整料を取るための言い訳にしか聞こえなくなって来ました。

ちなみに院長には１回しか会ったことはなく あとは全て違う医師の治療でした。

・気になるところ
装置で歯がかけて高さがガタガタに。少し削ってもらったがまだ綺麗とはいえない。

いまは装置は外れましたが 後戻り防止の措置で、またメンテナンスとして通うとの事。１回5000円が何回続くのでしょう。。
全くオススメ出来ません。
時間とお金を大事にする人は
違う矯正歯科さんを探してください。

# Exhibit B

投稿 1 件 >

**クチコミ** 写真

1 件のクチコミ

 神宮前矯正歯科
〒150-0001 東京都渋谷区神宮前３丁目２３−３−…

★☆☆☆☆ 21 分前

まだ矯正中ですが、よく質問されることなどを書きます。

・裏側矯正でも基本的に奥歯から4番、または3番まで表側にも装置が着く
・調整日のワイヤー交換は衛生士が行う
・質問や相談も基本的に衛生士と
・衛生士によって当たり外れがある
・医師は3分くらい顔を出し、最後に遠隔で写真で確認をし終了
・カウンセリング時に提示される治療期間×1.5〜2で考えたほうが良い
・装置代＋30万円ほどで考えたほうが良い
・自分の理想ではなく医師の理想や限界で終了することが多い
・虫歯は自己申告
・毎回のクリーニングはなし

同じく神宮前矯正歯科で治療した何人かの方とお話したのですが、
その中でSNSに批判を書いたら弁護士を通じて色々あり途中で治療を辞めさせられた方もいました。

SNS書き込みは削除されることがあるようです。
Googleの口コミは削除が難しいようです。

# Exhibit C

 **神宮前矯正歯科**
日本、〒150-0001 東京都渋谷区神宮前３丁目２…

★★☆☆☆ 1 日前

カウンセリング時から治療終了までの間、院長と話したのは1.2回。院長が担当してくれるものだと思っていたので、あれれという感じ。

3年の治療中の間に担当医が2回ほど変わりました。といっても、最終チェック等行う以外は歯科衛生士の対応がほとんどです。

治療終了後、矯正器具・上下のバンドを外した後にびっくりするぐらいの虫歯になっており、永久歯になってからは虫歯になったことがなく、ブラッシングもかなり気をつけてしていたのでショックが大きかったです。

治療していただいた別のクリニックの先生から『矯正しているといっても毎月クリーニングをしている中でここまで虫歯になるのか疑問。なっていたとしたら診察時に気付くと思う』と言われ更に大ショック。

矯正後検診の案内がありましたが、不信感でいっぱいでその後行かなくなりました。確かに歯並びは綺麗になったと思いますが、歯茎が退行してしまい、歯と歯の間に隙間もあります。もちろんメリットだけでなくデメリットもあるので全てパーフェクトとはいかないと思いますが、また他院で矯正をやり直そうと思います。

👍 1　　　↗ 共有